**Matthew S. Parmet** (CSB # 296742)
matt@parmet.law
**PARMET PC**
440 N. Barranca Ave., #1228
Covina, CA 91723
phone: 310 928 1277

**James E. Goodley** (*Pro-Hac Vice*)
**Ryan P. McCarthy** (*Pro-Hac Vice*)
james@gmlaborlaw.com
ryan@gmlaborlaw.com
**GOODLEY McCARTHY LLC**
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541

Attorneys for Plaintiff(s)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LILIBETH FERNANDEZ, individually and on behalf of all persons similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>THE TOX CORPORATION, COURTNEY YEAGER and RYAN YEAGER,<br><br>Defendants. | **Case No.: 22-cv-09079-HDV-AFM**<br>**Class and Collective Action**<br><br>[Assigned for All Purposes to the Honorable Hernan D. Vera]<br><br>**Date of Hearing: November 14, 2024, 10:00 a.m.**<br>**Location of Hearing: CTRM 5B**<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Lilibeth Fernandez individually and on behalf of other similarly-situated past and current Technicians and Estheticians who performed work for Defendant The Tox Corporation or its affiliates, by and through undersigned counsel, and for the reasons set forth in the attached Memorandum of Law and, respectfully request that this Court:

1. Preliminarily approve as fair, reasonable and adequate, the Class Action Settlement Agreement attached to Plaintiff's Motion as Exhibit 2 ("Agreement");

2. Preliminarily approve the Settlement Class as defined in the Agreement:

   All current or former Technicians and Estheticians who performed work in New York for The Tox Corporation or any of its affiliates from December 15, 2016, who were not paid for training time.

3. Preliminarily approve Goodley McCarthy LLC as Class Counsel for the Settlement Class;

4. Preliminarily approve Lilibeth Fernandez as the Class Representative of the Settlement Class;

5. Preliminarily approve RG2 Claims Administration LLC as Settlement Administrator to perform the notice and administrative services described in the Agreement;

6. Preliminarily approve as the Notice, Exhibit 3 to Plaintiff's Motion, as to form and content and for distribution to the Settlement Class Members in the manner described in the Agreement and in this Order;

7. Approve the following schedule for the remainder of the Final Approval Process:

   a. No later than _____, 2024 (ten (10) days after the date of this Order), Defendants will provide to Class Counsel all contact information for the Settlement Class.

   b. No later than _____, 2024, (twenty-one (21) days after the date of this Order) the Settlement Administrator will mail the Settlement Notices to the Settlement Class.

   c. The deadline for members of the Settlement Class to request exclusion from or post an objection to the Settlement Agreement shall be no later

Pl. Motion for Preliminary Approval of Class Action Settlement

than _____, 2024 (fifty-one (51) days after the date of this Order).

    d.  Class Counsel shall file their Motion for Final Approval of Class Action Settlement (including any request for approval of attorneys' fees and costs) no later than _____, 2024, (seventy (70) days after the date of this Order).

8.    Schedule a Final Approval Hearing to take place on _____, 2025 at _____ in Courtroom _____ to consider whether to grant final approval of the Agreement in accordance with Rule 23(e) of the Federal Rules of Civil Procedure.

Respectfully submitted,

By: /s/ James E. Goodley
_____
James E. Goodley*
Ryan P. McCarthy*
**GOODLEY McCARTHY LLC**
*Pro Hac Vice*

Dated: October 18, 2024

PARMET PC

Pl. Motion for Preliminary Approval of Class Action Settlement

- 3 -