**Matthew S. Parmet** (CSB # 296742)
matt@parmet.law
**PARMET PC**
440 N. Barranca Ave., #1228
Covina, CA 91723
phone: 310 928 1277

**James E. Goodley** (*Pro-Hac Vice*)
**Ryan P. McCarthy** (*Pro-Hac Vice*)
james@gmlaborlaw.com
ryan@gmlaborlaw.com
**GOODLEY McCARTHY LLC**
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541

Attorneys for Plaintiff(s)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LILIBETH FERNANDEZ, individually and on behalf of all persons similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> THE TOX CORPORATION, COURTNEY YEAGER and RYAN YEAGER, <br><br> Defendants. | Case No.: 22-cv-09079-HDV-AFM <br><br> **Class and Collective Action** <br><br> [Assigned for All Purposes to the Honorable Hernan D. Vera] <br><br> Date of Hearing: April 3, 2025, 10:00 a.m. <br> Location of Hearing: CTRM 5B <br><br> **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Lilibeth Fernandez through her undersigned counsel, hereby moves for final approval of the Class Action Settlement Agreement ("Agreement") reached between Plaintiff and Defendants. Plaintiff respectfully requests, without opposition by Defendants, that the Court grant the following relief:

1. Finally approve as fair, reasonable and adequate, the Agreement, a true and correct copy of which is attached hereto as Exhibit 2.

2. Finally certify, under Fed. R. Civ. P. 23, for purposes of settlement, the following "Settlement Class":

> All current or former Technicians and Estheticians who performed work in New York for The Tox Corporation or any of its affiliates from December 15, 2016, who were not paid for training time.

3. Finally approve Plaintiff Lilibeth Fernandez as Class Representative of the Settlement Class.

4. Finally approve a service award of $5,000.00 to Plaintiff Lilibeth Fernandez.

5. Finally approve James E. Goodley and Ryan P. McCarthy of the law firm Goodley McCarthy LLC as Class Counsel for the Settlement Class.

6. Finally approve Class Counsel's attorney fees and costs of $63,666.31.

7. Finally approve RG2 Claims Administration LLC as Settlement Administrator to perform the notice and administration services described in the Agreement.

8. Finally approve the Settlement Administrator's costs of claims administration, in an amount not to exceed $16,831.00.

9. Dismiss the action with prejudice, subject to the Court maintaining jurisdiction over enforcement of the settlement.

Dated: March 5, 2025

Respectfully submitted,

/s/ James E. Goodley
By :_____
James E. Goodley*
Ryan P. McCarthy*
**GOODLEY McCARTHY LLC**

Pl. Motion for Final Approval of Class Action Settlement

*Pro Hac Vice*

Pl. Motion for Final Approval of Class Action Settlement

- 3 -